IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: HOMELAND SECURITY INVESTIGATIONS SUMMONS NO. ICE-HSI-MF-2017-00317 | Case No. _____<br><br>Filed Under Seal – Level I |

APPLICATION FOR ORDER COMMANDING MICROSOFT CORPORATION
NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUMMONS

The United States requests that the Court order Microsoft Corporation not to notify any person (including the subscribers or customers of the accounts listed in the summons) of the existence of the attached summons and related preservation letter for approximately 180 days.

Microsoft Corporation is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached summons, which requires Microsoft Corporation to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, summons, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, summons, or court order." *Id.*

The attached summons was issued in connection with an investigation into targets of an ongoing investigation relating to the interstate transportation of individuals to engage in prostitution. The premature disclosure of the existence of the summons will alert the account subscribers to the pending investigation, which may cause them to destroy or alter evidence, or flee the United States to avoid prosecution. In this case, the requested order would be appropriate because the criminal investigation is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly,

there is reason to believe that notification of the existence of the attached summons will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the existence of the summons, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

Section 2705(b) provides that when the government is not required to notify the subscriber or customer that it is serving process on the provider, then the Court may order the provider not to give notice, provided one of the five risks set forth in § 2705(b) is present. For the reasons listed above, the government has shown that there is reason to believe that notice by the provider would cause one of the enumerated harms. The government is proceeding here using a summons under 18 U.S.C. § 2703(c)(2). Section 2703(c)(3) provides that when the government proceeds under § 2703(c) (*i.e.,* when it is only seeking records of the provider, and not any content of the subscriber or customer), the government is not required to provide notice to the subscriber or customer. Thus, the government has satisfied all the conditions of § 2705(b).

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Microsoft Corporation not to disclose the existence or content of the attached summons for approximately 180 days, until on or about February 12, 2018, except that Microsoft Corporation may disclose the attached summons to an attorney for Microsoft Corporation for the purpose of receiving legal advice.

Executed on August 16, 2017.

/s/ Georgiana L. Konesky
Georgiana L. Konesky
Assistant U.S. Attorney
State Bar # 685375
53 Pleasant Street, 4th Floor
Concord, NH 03301

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: HOMELAND SECURITY INVESTIGATIONS SUMMONS NO. ICE-HSI-MF-2017-00317 | Case No. _____<br><br>Filed Under Seal |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Microsoft Corporation, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the accounts listed in the summons) of the existence of the attached summons and preservation letter for approximately 180 days.

The Court determines that there is reason to believe that notification of the existence of the attached summons will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, and change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Microsoft Corporation shall not disclose the existence of the attached summons, or this Order of the Court, to the listed subscriber or to any other person before February 12, 2018, unless otherwise ordered by the Court, except that Microsoft Corporation may disclose the attached summons to an attorney for Microsoft Corporation for the purpose of receiving legal advice.

_____  _____
Date                                                      United States Magistrate Judge



**Homeland Security Investigations**
275 Chestnut Street
Suite 307
Manchester, NH 03101

**U.S. Immigration and Customs Enforcement**

# Cover Sheet

**Date** 8/14/2017

**To:** Microsoft Corporation
Online Services
Custodian of Records
One Microsoft Way
Redmond, WA 98052-6399
425-722-1299

**Electronic Service Methods:**

**Fax:** 425-708-0096

**E-Mail:** uslereq@microsoft.com

**From:** Ronald M. Morin

**Phone:** 603-629-2716

☐ Urgent   ☒ Action   ☐ Concurrence   ☐ FYI

**Number of pages including cover:** 4

Comments:

Attached is subpoena #: ICE-HSI-MF-2017-00317.

Please respond by August 28, 2017.

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Microsoft Corporation<br>Online Services<br>Custodian of Records<br>One Microsoft Way<br>Redmond, WA 98052-6399 | **IMMIGRATION ENFORCEMENT SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |

Subpoena Number
ICE-HSI-MF-2017-00317

2. In Reference To

_____      _____
(Title of Proceeding)                                          (File Number, if Applicable)

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

3. (A) CBP, ICE or USCIS Official before whom you are required to appear

| | | |
|---|---|---|
| Name | Ronald M. Morin | (B) Date<br>August 28, 2017 |
| Title | Special Agent | |
| Address | Homeland Security Investigations<br>275 Chestnut Street<br>Suite 307<br>Manchester, NH 03101 | (C) Time<br>9:00 AM |
| Telephone Number | 603-629-2716   Fax Number (Not available) | |

4. Records required to be produced for inspection

Please see attached continuation page.

5. Authorized Official

_(Signature)_

Bartholomew J. Cahill
(Printed Name)

Assistant Special Agent In Charge
(Title)

AUG 14 2017
(Date)

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

DHS Form I-138 (6/09)

# CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on _____ , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

_____
(Details of how service was effected)

_____
(Signature of Official Serving Subpoena)

_____
(Printed Name of Official Serving Subpoena)

_____
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature

| Title | Date | Time |
|---|---|---|
|  |  | ☐ a.m. ☐ p.m. |

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br>Microsoft Corporation<br>Online Services<br>Custodian of Records<br>One Microsoft Way<br>Redmond, WA 98052-6399 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT SUBPOENA (Continuation)**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |
|---|---|

**Subpoena Number**
ICE-HSI-MF-2017-00317

**4. Records required to be produced for inspection (continued)**

Pursuant to an investigation being conducted by the Department of Homeland Security, Homeland Security Investigations, as authorized by Title 18, United States Code, Section 2703(c)(2), please disclose the following information:

Subscriber Information: Please provide the name, address, connection records (including IP addresses for all sessions, including the IP address used to set up the account) or records of session times, duration, length of service (including start date) and types of service utilized; telephone or instrument number or other subscriber number or identity, including any temporary assigned network address; means of source of payment for such service (including credit card and/or bank account number) for the following:

sudong_101@hotmail.com

**Method of Response:**

**Preferred:**

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Intelligence Research Specialist Lisa A. LaForte at Lisa.A.LaForte@ice.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the subpoena response in multiple e-mail messages.

**Alternates:**

The records should be delivered to Intelligence Research Specialist Lisa A. LaForte at U.S. Immigration and Customs Enforcement, Homeland Security Investigations, 275 Chestnut Street, Suite 307, Manchester, NH 03101.

If you have questions, please contact Special Agent Ronald M. Morin at 603-629-2716.

*You are requested not to disclose the existence of this subpoena for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

End of Document

Box 4 (Continued) – Page 1 of 1

*Homeland Security Investigations*
*Office of the Special Agent in Charge, Boston*

U.S. Department of Homeland Security
10 Causeway Street, #722
Boston, MA 02222



U.S. Immigration
and Customs
Enforcement

Microsoft Corporation
Online Services
Custodian of Records
One Microsoft Way
Redmond, WA 98052-6399

Dear Custodian of Records:

You are hereby requested to preserve, under the provisions of Title 18 United States Code, Section 2703(f)(1), the following records in your custody or control, including records stored on backup media:

    A.  All stored electronic communications and other files associated with E-mail address:

        sudong_101@hotmail.com

    B.  All connection logs and records of user activity for each E-mail address associated with such account, including:

        1. Connection date and time;

        2. Disconnect date and time;

        3. Method of connection (e.g., telnet, ftp, http);

        4. Data transfer volume;

        5. Username associated with the connection;

        6. Telephone caller identification records;

        7. Other connection information, such as Internet Protocol address of the source of the connection

        8. Connection information for other computers to which the user of the above referenced account(s) connected, by any means, during the connection period, including the destination IP address, connection time and date, disconnect time and date, method of connection to the destination computer, and all other information

related to the connection;

C. Any other records related to the above-referenced names and user names, including, without limitation, correspondence, billing records, records of contact by any person or entity about the above-referenced names and user names, and any other subscriber information.

You are requested to preserve for a period of 90 days the records described above currently in your possession. This request applies only retrospectively; it does not obligate you to capture and preserve new information that arises after the date of this request.

This is a child exploitation investigation. You are requested not to disclose the existence of this request to the subscriber or any other person, other than as necessary to comply with this request. Any such disclosure could subject you to criminal liability for obstruction of justice.

Sincerely,

Michael S. Shea
Acting Special Agent in Charge