**SEALED DOCUMENT**

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2017 AUG 16 P 3:54

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: HOMELAND SECURITY INVESTIGATIONS SUMMONS NO. ICE-HSI-MF-2017-00317 | Case No. 17-mc-37-DL<br><br>Filed Under Seal |

ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Microsoft Corporation, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the accounts listed in the summons) of the existence of the attached summons and preservation letter for approximately 180 days.

The Court determines that there is reason to believe that notification of the existence of the attached summons will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, and change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Microsoft Corporation shall not disclose the existence of the attached summons, or this Order of the Court, to the listed subscriber or to any other person before February 12, 2018, unless otherwise ordered by the Court, except that Microsoft Corporation may disclose the attached summons to an attorney for Microsoft Corporation for the purpose of receiving legal advice.

8/16/17
Date

_____
United States Magistrate Judge



Homeland Security Investigations
275 Chestnut Street
Suite 307
Manchester, NH 03101

**U.S. Immigration and Customs Enforcement**

# Cover Sheet

Date 8/14/2017

To: Microsoft Corporation
Online Services
Custodian of Records
One Microsoft Way
Redmond, WA 98052-6399
425-722-1299

Electronic Service Methods:

Fax: 425-708-0096

E-Mail: uslereq@microsoft.com

From: Ronald M. Morin

Phone: 603-629-2716

☐ Urgent  ☒ Action  ☐ Concurrence  ☐ FYI

Number of pages including cover: 4

Comments:

Attached is subpoena #: ICE-HSI-MF-2017-00317.

Please respond by August 28, 2017.

| 1. To (Name, Address, City, State, Zip Code)<br>Microsoft Corporation<br>Online Services<br>Custodian of Records<br>One Microsoft Way<br>Redmond, WA 98052-6399 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |
|---|---|

Subpoena Number
ICE-HSI-MF-2017-00317

2. In Reference To

_____     _____
(Title of Proceeding)                                              (File Number, if Applicable)

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐  **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒  **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear | (B) Date |
|---|---|
| Name: Ronald M. Morin<br>Title: Special Agent<br>Address: Homeland Security Investigations<br>275 Chestnut Street<br>Suite 307<br>Manchester, NH 03101<br>Telephone Number: 603-629-2716   Fax Number: (Not available) | August 28, 2017<br><br>(C) Time<br><br>9:00 AM |

4. Records required to be produced for inspection

Please see attached continuation page.

5. Authorized Official
_____ (Signature)
Bartholomew J. Cahill
(Printed Name)
Assistant Special Agent In Charge
(Title)
AUG 14 2017
(Date)

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

DHS Form I-138 (6/09)

# CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on _____ , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

_____
(Details of how service was effected)

_____
(Signature of Official Serving Subpoena)

_____
(Printed Name of Official Serving Subpoena)

_____
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature

| Title | Date | Time |
|---|---|---|
|  |  | ☐ a.m.  ☐ p.m. |

DHS Form I-138 (6/09)

| | |
|---|---|
| 1. To (Name, Address, City, State, Zip Code)<br>Microsoft Corporation<br>Online Services<br>Custodian of Records<br>One Microsoft Way<br>Redmond, WA 98052-6399 | DEPARTMENT OF HOMELAND SECURITY<br><br>IMMIGRATION ENFORCEMENT<br>SUBPOENA (Continuation)<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |

Subpoena Number
ICE-HSI-MF-2017-00317

4. Records required to be produced for inspection (continued)

Pursuant to an investigation being conducted by the Department of Homeland Security, Homeland Security Investigations, as authorized by Title 18, United States Code, Section 2703(c)(2), please disclose the following information:

Subscriber Information: Please provide the name, address, connection records (including IP addresses for all sessions, including the IP address used to set up the account) or records of session times, duration, length of service (including start date) and types of service utilized; telephone or instrument number or other subscriber number or identity, including any temporary assigned network address; means of source of payment for such service (including credit card and/or bank account number) for the following:

sudong_101@hotmail.com

**Method of Response:**

  **Preferred:**

  Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Intelligence Research Specialist Lisa A. LaForte at Lisa.A.LaForte@ice.dhs.gov.

  NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the subpoena response in multiple e-mail messages.

  **Alternates:**

  The records should be delivered to Intelligence Research Specialist Lisa A. LaForte at U.S. Immigration and Customs Enforcement, Homeland Security Investigations, 275 Chestnut Street, Suite 307, Manchester, NH 03101.

  If you have questions, please contact Special Agent Ronald M. Morin at 603-629-2716.

*You are requested not to disclose the existence of this subpoena for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

End of Document

Box 4 (Continued) – Page 1 of 1

*Homeland Security Investigations*
*Office of the Special Agent in Charge, Boston*

U.S. Department of Homeland Security
10 Causeway Street, #722
Boston, MA 02222



**U.S. Immigration and Customs Enforcement**

Microsoft Corporation
Online Services
Custodian of Records
One Microsoft Way
Redmond, WA 98052-6399

Dear Custodian of Records:

You are hereby requested to preserve, under the provisions of Title 18 United States Code, Section 2703(f)(1), the following records in your custody or control, including records stored on backup media:

    A. All stored electronic communications and other files associated with E-mail address:

        sudong_101@hotmail.com

    B. All connection logs and records of user activity for each E-mail address associated with such account, including:

        1. Connection date and time;

        2. Disconnect date and time;

        3. Method of connection (e.g., telnet, ftp, http);

        4. Data transfer volume;

        5. Username associated with the connection;

        6. Telephone caller identification records;

        7. Other connection information, such as Internet Protocol address of the source of the connection

        8. Connection information for other computers to which the user of the above referenced account(s) connected, by any means, during the connection period, including the destination IP address, connection time and date, disconnect time and date, method of connection to the destination computer, and all other information

       related to the connection;

  C. Any other records related to the above-referenced names and user names, including, without limitation, correspondence, billing records, records of contact by any person or entity about the above-referenced names and user names, and any other subscriber information.

You are requested to preserve for a period of 90 days the records described above currently in your possession. This request applies only retrospectively; it does not obligate you to capture and preserve new information that arises after the date of this request.

This is a child exploitation investigation. You are requested not to disclose the existence of this request to the subscriber or any other person, other than as necessary to comply with this request. Any such disclosure could subject you to criminal liability for obstruction of justice.

Sincerely,

Michael S. Shea
Acting Special Agent in Charge

2